# EXHIBIT B

| Claim | Date Received by HCSC | Date of Service | Provider |
|---|---|---|---|
| ***89F80H | 7/9/2024 | 7/3/24 | EHG |
| ***55V80H | 7/10/2024 | 7/3/24 | EHG |
| ***3K110H | 7/11/2024 | 7/3/24 | EHG |
| ***6K560H | 7/11/2024 | 7/3/24 | EHG |
| ***4V070H | 7/12/2024 | 7/3/24 | EHG |
| ***68C80H | 7/13/2024 | 7/3/24 | EHG |
| ***21S70H | 7/16/2024 | 7/3/24 | EHG |
| ***13T80H | 7/10/24 | 7/4/24 | EHG |
| ***55V80H | 7/10/24 | 7/4/24 | EHG |
| ***4V040H | 7/12/24 | 7/4/24 | EHG |
| ***4V060H | 7/12/24 | 7/4/24 | EHG |
| ***5V050H | 7/12/24 | 7/4/24 | EHG |
| ***05C80H | 7/13/24 | 7/4/24 | EHG |
| ***36S10H | 7/16/24 | 7/4/24 | EHG |