NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP
100 Spectrum Center Dr., Suite 600, Irvine, CA 92618
Phone: 949-340-3400

SINTON SCOTT MINOCK & KEREW
1550 Market St., Suite 400, Denver, CO 80202
Phone: 720-738-9894

ATTORNEY(S) FOR: Plaintiff Health Care Service Corporation

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Health Care Service Corp., a Mutual Legal Reserve Co. dba in Okla. as Blue Cross Blue Shield of Okla.

Plaintiff(s),

v.

CodeMax Medical Billing, et al.

Defendant(s)

CASE NUMBER: 2:26-cv-09672

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiff Health Care Service Corporation or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
| --- | --- |
| None. No parent corporation or any other publicly owned corporation owns 10% or more of Plaintiff's stock. Plaintiff has no parent corporation and no publicly held owners. | N/A. |

August 28, 2026
Date

/s/ Shane M. Biornstad
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Health Care Service Corporation