Benjamin D. Van Horn (SBN 332198)
bvanhorn@ssmklaw.com
Adam J. Sinton (*pro hac vice*)
asinton@ssmklaw.com
Joseph J. Minock (*pro hac vice*)
jminock@ssmklaw.com
**SINTON SCOTT MINOCK & KEREW**
1550 Market Street, Suite 400
Denver, CO 80202
Telephone: (720) 738-9894

Shane M. Biornstad - Bar No. 250202
SBiornstad@shulmanbastian.com
**SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000

Attorneys for Health Care Service Corporation

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| HEALTH CARE SERVICE CORPORATION, a Mutual Legal Reserve Company, Doing Business in Oklahoma as BLUE CROSS BLUE SHIELD OF OKLAHOMA,<br><br>Plaintiff,<br><br>vs.<br><br>CODEMAX MEDICAL BILLING, et al.<br><br>Defendants. | Case No. 2:26-cv-09672-JFW-AYP<br><br>**DECLARATION OF LEAD TRIAL COUNSEL** |

I, Adam Sinton, declare as follows:

1. I am an attorney and a partner at Sinton Scott Minock & Kerew, counsel for Plaintiff Health Care Service Corporation in this action. I am admitted to practice before this Court *pro hac vice*. (Dkt. 14.) I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them.

2. I have read the Court's Standing Order and the Local Rules.

3. Pursuant to Section 2 of the Court's Standing Order (Dkt. 10), I am designated as lead trial counsel for HCSC.

3. I am registered as an "CM/ECF User." My email address of record is asinton@ssmklaw.com.

Respectfully submitted, this 17th day of September, 2026.

**SINTON SCOTT MINOCK & KEREW**
By: *_/s/ Adam Sinton_*
Adam Sinton

**CERTIFICATE OF SERVICE**

I certify that I filed this DECLARATION OF LEAD TRIAL COUNSEL with CM/ECF, which shall cause a notice of filing to be delivered to all counsel of record.

*/s/Adam Sinton*

Adam Sinton

SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618