AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| HEALTH CARE SERVICE CORPORATION, a Mutual Legal Reserve Company, Doing Business in Oklahoma as BLUE CROSS BLUE SHIELD OF OKLAHOMA<br>*Plaintiff(s)*<br>v.<br>CODEMAX MEDICAL BILLING; 28's REHAB; 360 INTEGRATED RECOVERY INC.; 4 HEALTHY LIVING DETOX, INC. (see attached)<br>*Defendant(s)* | Civil Action No. 2:26-cv-09672 JFW (AYPx) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

SEQUOIA RECOVERY CENTER
Registered Agent:
Church & Ministry Compliance Consulting
c/o Max H. Herr and/or Martha E. Pawluk-Herr
1173 Verona Place
Pomona, California 91766

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shane M. Biornstad
SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP
100 Spectrum Center Drive, Suite 600, Irvine, CA 92618
949-340-3400

Benjamin D. Van Horn
Adam J. Sinton
Joseph J. Minock
SINTON SCOTT MINOCK & KEREW
1550 Market Street, Suite 400, Denver, CO 80202
720-738-9894

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

Benjamin D. Van Horn (SBN 332198)
bvanhorn@ssmklaw.com
Adam J. Sinton (*pro hac vice* forthcoming)
asinton@ssmklaw.com
Joseph J. Minock (*pro hac vice* forthcoming)
jminock@ssmklaw.com
**SINTON SCOTT MINOCK & KEREW**
1550 Market Street, Suite 400
Denver, CO 80202
Telephone: (702) 738-9894

Shane M. Biornstad - Bar No. 250202
SBiornstad@shulmanbastian.com
**SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000

Attorneys for HEALTH CARE SERVICE CORPORATION, a Mutual Legal Reserve Company, Doing Business in Oklahoma as BLUE CROSS BLUE SHIELD OF OKLAHOMA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

HEALTH CARE SERVICE CORPORATION, a Mutual Legal Reserve Company, Doing Business in Oklahoma as BLUE CROSS BLUE SHIELD OF OKLAHOMA,

Plaintiff,

vs.

CODEMAX MEDICAL BILLING; 28's REHAB; 360 INTEGRATED RECOVERY INC.; 4 HEALTHY LIVING DETOX, INC.; 4 SEASON DETOX AND RECOVERY HOUSE INC.; A1 TREATMENT CENTER; ALPHA RECOVERY CENTER, INC.; ALTITUDE RECOVERY COMMUNITY LLC; ALTITUDE RECOVERY COMMUNITY NO. 2, LLC; ALTUS REHAB LLC; AME HEALTHCARE GROUP LLC d/b/a VITA NOVA AT NEWPORT BAY; AMERICAN RECOVERY CENTER;

Case No.

**COMPLAINT**
**(1) Violations of 18 U.S.C. § 1962(c)**
**(2) Violations of 18 U.S.C. § 1962(d)**
**(3) Fraud & Fraudulent Concealment**
**(4) Unjust Enrichment/Restitution**
**(5) Money Had & Received**

ANANDA, INC. d/b/a ANANDA TREATMENT BEHAVIORAL HEALTH AND WELLNESS CENTER; ANSUVA INC.; AYA REHAB CENTER LLC; BELIEVE DETOX CENTER INC.; CA DRUG DETOX LLC; CALIFORNIA WELLNESS RETREAT, INC.; CASA LEONA RECOVERY CENTER INC.; CELEBRATED CONSULTING INC.; CHC BEHAVIORAL HEALTH LLC; CLEAR CONSCIENCE TREATMENT CENTER, LLC; COMFORT RECOVERY TREATMENT CENTER LLC; CONNECTED RECOVERY INC.; DELUXE TREATMENT CENTER INC.; EAGLE RECOVERY; EHG ENTERPRISES INC.; ENCINO RECOVERY INC.; ESSENCE HEALTH CARE LLC; FREEDOM DRUG AND ALCOHOL RECOVERY INC.; GARRET RECOVERY CENTER; GEVS RECOVERY CENTER; GLENDALE LUXURY REHAB LLC; GRANADA HILLS TREATMENT CENTER LLC; HIGHERVISION GH INC.; HOPE DETOX CENTER LLC; INSPIRE RECOVERY CENTER INC.; INTEGRITY RECOVERY CENTER; JOURNEY OF A NEW LIVING; LA WELLNESS HOME INC.; LAKERIDGE RECOVERY CENTER; LANDALE RECOVERY CENTER; LH BLUE SKY, INC.; LION RECOVERY; LNA REALTY; MEDICHEX, INC. d/b/a LIFT OFF RECOVERY; NEW BREATH RECOVERY INC.; NEW LIFE RECOVERY CENTER; NEW LIFE, INC.; OASIS DETOX INC.; OASIS REHABILITATION CENTER INC.; PURE ADDICTION TREATMENT; REGGIE'S RECOVERY, LLC; RESILIENT RECOVERY TREATMENT CENTER; RISE IN GLENDALE SOBRIETY CENTER, INC.; RISING LOTUS RECOVERY LLC; RITZ RECOVERY INC.; SADAG TREATMENT SOLUTIONS, LLC; SAINT ANGEL RECOVERY CENTER, INC.; SAINT LAWRENCE RECOVERY; SEQUOIA RECOVERY CENTER; SHADOW HILLS RECOVERY INC.; SOUL DETOX

AND RECOVERY INC.; STAR CITY RECOVERY INC.; SUN AND MOON REHABILITATION; TARZANA RECOVERY CENTER; TRANQUILITY RECOVERY CENTER, INC.; TRINITY HEALTH PARTNERS LLC; UPLIFT RECOVERY CENTER LLC; VANITY DETOX CENTER INC.; VANITY WELLNESS CENTER INCORPORATED; WILLPOWER RECOVERY CENTER, INC.; WISH RECOVERY HOUSE LLC,

Defendants.

Plaintiff Health Care Service Corporation, a Mutual Legal Reserve Company, doing business in Oklahoma as Blue Cross and Blue Shield of Oklahoma ("HCSC" or "BCBSOK"), brings this Complaint against Defendant CodeMax Medical Billing ("CodeMax"), a revenue cycle management and billing company that tailors its services towards behavioral health providers, and 72 Defendant behavioral health providers who hired CodeMax as their billing agent. These Defendant providers are identified below in paragraphs 7 through 78 and are referred to herein collectively as the "Providers" and each individually as a "Provider."

## INTRODUCTION

1. CodeMax describes itself as "the authority in behavioral health revenue" and touts its "all-in-one revenue cycle management platform to run [providers'] entire billing operation . . . from verification to reimbursement." CodeMax told the Defendant Providers that it would "increase [their] revenue and streamline [their] workflow by leveraging [CodeMax's] proven revenue cycle management system."

2. In reality, CodeMax increased the Providers' revenue (and its own) by executing a sweeping fraudulent scheme, which involved: (i) **manufacturing the patients**—identifying, recruiting, creating, or brokering members of two particular Individual Exchange Qualified Health Plans and delivering them to the

Civil Action No. 2:26-cv-09672

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________
was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
______________________________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ______________________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ____________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc: